### 609.   ROBERSON *v.* THE STATE.

POWELL, J.   The evidence authorized the verdict, and, taken in its entirety, plainly shows that the crime was committed within the statute of limitations.   There being no evidence other than defendant's statement upon which to base the assignment of error in regard to the failure of the court to charge certain principles, the judgment will not be reversed on account of such failure, it not appearing that any request so to charge was made in writing.        *Judgment affirmed.*

Accusation of illegal sale of liquor, from city court of Sylvester —Judge Park.   May 29, 1907.

Argued July 18,—Decided July 25, 1907.

*L. D. Passmore,* for plaintiff in error.

*J. H. Tipton, solicitor,* contra.

---

### 612.   BROWN *v.* THE STATE.

POWELL, J.   1. A person who has a pistol in his pocket in such a manner that those standing with full view of the defendant's person can not see it is not carrying it in that open manner and fully exposed to view contemplated by the Penal Code, § 341.

2. The errors of law assigned are not meritorious, and the evidence amply authorized the verdict.        *Judgment affirmed.*

Certiorari, from Morgan superior court—Judge Lewis.   June 3, 1907.

Argued July 18,—Decided July 25, 1907.

*M. C. Few,* for plaintiff in error.

*J. E. Pottle, solicitor-general, E. W. Butler,* contra.